UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALEJANDRO TOPETE, | Case No. 2:16-09008 AB (ADS) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Motion to Dismiss and Answer, all pleadings, records, and files herein, along with the Report and Recommendation, dated May 23, 2019, [Dkt. No. 50], by the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 50], is accepted;

2. The case is dismissed with prejudice;

3. All pending motions are denied; and

4. Judgment is to be entered accordingly.

DATED: July 5, 2019

_____
HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge