JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO TOPETE,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　　Respondent. | Case No. 2:16-09008 AB (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: July 5, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE, JR.
　　　　　　　　　　　　　　　　　United States District Judge